

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 11 2019

JULI?C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Number: 3:19-CR-00014 |
| ) | |
| v.   ) | In Violation of: |
| ) | |
| DANIEL MCMAHON ) | |
| ) | 18 U.S.C. § 245(b)(1)(A) |
| ) | Interference with Candidate for |
| ) | Elective Office |
| ) | |
| ) | 18 U.S.C. § 245(b)(4) |
| ) | Bias-Motivated Interference with |
| ) | Candidate for Elective Office |
| ) | |
| ) | 18 U.S.C. § 875(c) |
| ) | Threats in Interstate Commerce |
| ) | |
| ) | 18 U.S.C. § 2261A(2) |
| ) | Cyberstalking |

## SUPERSEDING INDICTMENT

The Grand Jury charges, at all times material to this Indictment:

1. Defendant DANIEL MCMAHON, a resident of the State of Florida, used the internet and social media accounts to express his beliefs regarding race, color, national origin, religion, and other topics. On these accounts, MCMAHON expressed and promoted his belief that white people are superior to members of other racial, ethnic, and religious groups.

2. Prior to January 7, 2019, D.G., an African-American resident of the City of Charlottesville, Virginia, decided to run for the Democratic nomination to the Charlottesville City Council, an elective office in Charlottesville, Virginia. D.G. planned to announce his candidacy at an event scheduled for January 8, 2019.

3. On or about January 7, 2019, local news outlets in Charlottesville reported that D.G. planned to announce his candidacy for the Democratic nomination for City Council, and that he planned to announce this candidacy at the event scheduled for January 8, 2019.

4. On or about January 7, 2019, Defendant DANIEL MCMAHON, by threat of force and violence, used the internet and his social media accounts to intimidate and interfere with D.G.'s qualifying and campaigning as a candidate for Charlottesville City Council. D.G. thereafter learned of these threats made by MCMAHON.

5. On or about January 8, 2019, at the event where D.G. had planned to announce his candidacy, D.G. instead announced that he would not be seeking the office of Charlottesville City Council.

**COUNT ONE**
(Interference with Candidate for Elective Office)
18 U.S.C. § 245(b)(1)(A)

6. The allegations set forth in paragraphs 1 through 5 are incorporated by reference and set forth fully herein.

7. From on or about January 7, 2019 to on or about January 10, 2019, within the Western District of Virginia and elsewhere, Defendant DANIEL MCMAHON, by threat of force willfully intimidated and interfered with, and attempted to intimidate and interfere with, D.G., because he was and had been, and in order to intimidate D.G. from, qualifying and campaigning as a candidate for Charlottesville City Council, an elective office in Charlottesville, Virginia.

8. All in violation of Title 18, United States Code, Section 245(b)(1)(A).

## COUNT TWO
(Bias-Motivated Interference with Candidate for Elective Office)
18 U.S.C. § 245(b)(4)

9. The allegations set forth in paragraphs 1 through 5 are incorporated by reference and set forth fully herein.

10. From on or about January 7, 2019 to on or about January 10, 2019, within the Western District of Virginia and elsewhere, Defendant DANIEL MCMAHON, by threat of force willfully intimidated and interfered with, and attempted to intimidate and interfere with, D.G., because he was and had been, and in order to intimidate D.G. from, participating, without discrimination on account of race and color, in a federally protected activity described in 18 U.S.C. § 245(b)(1)(A), to wit, qualifying and campaigning as a candidate for Charlottesville City Council, an elective office in Charlottesville, Virginia.

11. All in violation of Title 18, United States Code, Section 245(b)(4).

## COUNT THREE
(Threats in Interstate Commerce)
18 U.S.C. § 875(c)

12. The allegations set forth in paragraphs 1 through 5 are incorporated by reference and set forth fully herein.

13. On or about January 7, 2019, within the Western District of Virginia and elsewhere, Defendant DANIEL MCMAHON knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure D.G.

14. All in violation of Title 18, United States Code, Section 875(c).

# COUNT FOUR
(Cyberstalking)
18 U.S.C. § 2261A(2)

15. The allegations set forth in paragraphs 1 through 5 are incorporated by reference and set forth fully herein.

16. Beginning on or about December 22, 2017, through on or about January 10, 2019, within the Western District of Virginia and elsewhere, Defendant DANIEL MCMAHON, with intent to injure and intimidate D.G., used any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that placed D.G. in reasonable fear of death and serious bodily injury, and that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to D.G.

17. All in violation of Title 18, United States Code, Section 2261A(2).

A TRUE BILL this 11th day of September 2019

*s/GRAND JURY FOREPERSON*
GRAND JURY FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>DANIEL MCMAHON<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:19CR00014-001 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   Daniel McMahon                                                                                         , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:245(b)(1)(A) - Interference with Candidate for Elective Office
18:245(b)(4)- Bias-Motivated Interference with Candidate for Elective Office
18:875(c) - Threats in Interstate Commerce
18:2261A(2)- Cyberstalking

Date:   09/12/2019

*signature: N. Wheeler*, Deputy Clerk

City and state:   Charlottesville, Virginia

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |