# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| CASE No. 8:19-mj-2237-T-TGW | DATE: SEPTEMBER 18, 2019 |

### HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA DANIEL GEORGE |
| -v- | |
| DANIEL MCMAHON | CJA NICHOLAS MATASSINI |

| | |
|---|---|
| INTERPRETER: N/A | TIME: 3:48-3:56 (8 min.) |
| DEPUTY CLERK: DAWN M. SAUCIER | COURT REPORTER: N/A |
| TAPE: DIGITAL | COURTROOM 12A |

### PROCEEDINGS: INITIAL APPEARANCE - RULE 5

| | |
|---|---|
| __X__ | Defendant provided w/copy of Superseding Indictment from Western District of Virginia (Case No. 3:19-cr-14) |
| __X__ | Arrest Date: 9/18/2019 |
| __X__ | Financial affidavit submitted |
| __X__ | CJA counsel appointed for purposes of today's hearing |
| __X__ | Court advises defendant of Rule 20 and Rule 5 rights and charges. |
| __X__ | Defendant waives identity hearing in this district |
| __X__ | Detention/Bond: |

> Government: Seeks detention as risk of flight and danger to the community.
>
> Defendant: Requests continuance of bond hearing until next week.
>
> Court: Detention hearing to be scheduled for Monday, Sept. 23, 2019, at 3:30 p.m.

| | |
|---|---|
| __X__ | Defendant remanded to custody of U.S. Marshal pending detention hearing |