UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:19-mj-2237-T-TGW                      DATE: SEPTEMBER 23, 2019

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA CARLTON GAMMONS for DANIEL GEORGE |
| -v- | |
| DANIEL MCMAHON | CJA NICHOLAS MATASSINI |
| INTERPRETER: N/A | TIME: 3:58-5:00 (1 hr. 2 min.) |
| COURT REPORTER: N/A | TAPE: DIGITAL |
| DEPUTY CLERK: DAWN M. SAUCIER | COURTROOM 12A |

**PROCEEDINGS: DETENTION HEARING**

Government: Requests detention as risk of flight and danger to the community. Government calls FBI Special Task Force Officer Siobhan Meseda. Witness sworn. Direct examination by government. Cross-examination by defense counsel. Witness excused. Government introduces Composite Exhibit 1.

Defendant: Requests conditions of release as set forth in motion. Calls Paul McMahon, defendant's father. Witness sworn. Direct examination by defense counsel. Cross-examination by government. Witness excused.

Closing argument by defendant. Defendant willing to undergo mental health evaluation and abide by and conditions imposed by the court.

Closing argument by the government.

Court: Defendant to be detained as danger to the community.

Defendant remanded to custody of U.S. Marshal.