UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| v. | TO ANOTHER DISTRICT |
| DANIEL MCMAHON | CASE NO. 8:19-MJ-2237-T-TGW |

### CHARGES

| Charging Document | Statute(s) | Charging District |
|---|---|---|
| Superseding Indictment | 18 U.S.C. 245(b)(1)(A)<br>18 U.S.C. 245(b)(4)<br>18 U.S.C. 875<br>18 U.S.C. 2261A(2) | Western District of Virginia<br>Case No. 3:19-CR-14 |

**Description:** Interference with candidate for office; threats in interstate commerce; cyberstalking

### PROCEEDINGS

**CURRENT BOND STATUS:**
- [X] Government moved for detention and defendant detained after hearing in district of arrest
- [ ] Government moved for detention and defendant detained pending bond hearing in district of offense
- [ ] Other:

**COUNSEL:** [ ] Retained Own Counsel  [ ] Federal Defender Organization  [X] CJA Attorney  [ ] None

**INTERPRETER:** [X] No  [ ] Yes  Language:

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **DANIEL MCMAHON** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and thereafter deliver her to the United States Marshal for that District or to some other officer authorized to receive the defendant.

SEPTEMBER 24, 2019

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

### RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |