**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
801 N. Florida Ave.
Tampa, Florida 33602
(813) 301-5400

September 24, 2019

Office of the Clerk
United States District Court
Western District of Virginia
255 West Main Street, Room 304
Charlottesville, VA 22902-5047

Re:  United States v. Daniel McMahon
     Western District of Virginia Case No. 3:19-CR-14
     Middle District of Florida Case No. 8:19-mj-2237-T-TGW

Dear Sir or Madam:

Enclosed please find the docket entries for the above-referenced defendant, who was seen for an initial appearance in the Middle District of Florida on a superseding indictment out of your district and ordered detained pending further proceedings in your court.

Sincerely,

s/ *Dawn M. Saucier*

Dawn M. Saucier
Deputy Clerk

Enclosures